934 A.2d 1153

**Christopher ALLEN, Jr., Petitioner,**

**v.**

**COMMONWEALTH of Pennsylvania, Pennsylvania Board of Probation and Parole, Respondent.**

**No. 120 EM 2007.**

Supreme Court of Pennsylvania.

Oct. 15, 2007.

### *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of October, 2007, the Application for Leave to File Original Process is granted. The Petition

for Writ of Mandamus is denied without prejudice to seek relief from the Huntingdon County Common Pleas Court.